

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00248-CV

| | | |
|---|---|---|
| GRANBURY SNF LLC D/B/A GRANBURY REHAB & NURSING, ADVANCED HCS LLC D/B/A ADVANCED HEALTHCARE SOLUTIONS, AND GRANBURY REHAB & NURSING GS LLC, Appellants | § | On Appeal from the 355th District Court |
| | § | of Hood County (C2021152) |
| | § | March 13, 2025 |
| V. | § | |
| NATALIE JACKSON, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Granbury SNF LLC d/b/a Granbury Rehab & Nursing, Advanced HCS LLC d/b/a Advanced Healthcare Solutions, and Granbury Rehab & Nursing GS LLC, shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
     Justice Dana Womack